# EXHIBIT "B"

# COMPLAINT TO MR. JAMES M. PECK, C.E.O.

17CVI 0005

**CLEVELAND MUNICIPAL COURT**
Cuyahoga County, OH
Earle B. Turner, Clerk of Court
Small Claims Division

FILED

2017 JAN -3 A 9 10

CLEVELAND MUNICIPAL COURT
EARLE B. TURNER
CLERK OF COURTS

State of Ohio } SS.
County of Cuyahoga

Phillip Robinson
1278 West 9th #329
Cleveland Ohio 44113

Plaintiff

-vs-

Mr. James M. Peck C.E.O.
555 W. Adams St FL 2-9
Chicago, IL 60661
Trans Union C.E.O.

Defendant

Phillip Robinson
1278 West 9th #329
Cleveland OHio 44113

Plaintiff

**Complaint for Money Only**

Mr. James M. Peck C.E.O.
555 W. Adams St FL 2-9
Chicago, IL 60661

Defendant

**STATEMENT OF CLAIM**

I am suing C.E.O. Mr. James Peck for negligence and willful failure to reinvestigate the disputed entries on my credit report in violation of sections 611(a), 616 and 617 of the FCRA, 15 U.S.C. 1681i(a) 1681n, 1681o

1) Defamation
2) Negligent Enablement of identity Fraud
3) Violation of the Fair Credit Reporting act

Wherefore, plaintiff prays judgment against defendant in the sum of $ 3000.00 plus interest from the _____ day of _____, 20 ___, at the rate of _____ %, together with costs of this action.

Phillip Robinson
Plaintiff

_____
Attorney for Plaintiff

**(Must submit military affidavit with each filing)**

STATE OF OHIO  }  SS:
COUNTY OF CUYAHOGA

**AFFIDAVIT**

Phillip Robinson, being first duly sworn, under oath states that affiant is the Plaintiff / Attorney for the Plaintiff in this cause of action and that this cause of action is for money only in the amount and for reasons as stated in Plaintiff's petition and that to the best of affiant's knowledge:

☐ I am unable to determine whether or not the defendant(s) is / are in the military service.

☐ The defendant(s) is / are currently in the military service.

☒ The defendant(s) is / are NOT currently in the military service.

I know the military status of the defendant because: He is currently the C.E.O. of TransUnion

FURTHER AFFIANT SAYETH NAUGHT

_____
Affiant

SWORN TO BEFORE ME and subscribed in my presence on this 3rd day of January, 20 17.

_____
Notary Public

My Commission expires 8/26/20